**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
Attorneys for Defendants LVMPD, Ofc. Potts, Ofc. LeGrow, Ofc. Parr, Ofc. Aguilar and Sgt. Pandullo

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BERJ YENOVKIAN, an individual and SONIA YENOVKIAN, an individual,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal entity; OFFICER RONNIE POTTS, JR.; OFFICER MITCHELL LEGROW; OFFICER NICHOLAS PARR; OFFICER DANIEL AGUILAR; SERGEANT TULLIO PANDULLO and DOES 1 through 100,

Defendants.

Case Number:
2:25-cv-00642-ART-MDC

**[PROPOSED] STIPULATION AND ORDER TO RESOLVE PLAINTIFFS' MOTION TO COMPEL AND SECOND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES (ECF NO. 27) AND TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**

**(FIRST STIPULATED REQUEST)**

Plaintiffs Berj Yenovkian and Sonia Yenovkian ("Plaintiffs"), by and through their attorney of record, Aniela K. Szymanski Esq. and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Ofc. Ronnie Potts, Jr. ("Potts"), Ofc. Mitchell LeGrow ("LeGrow"), Ofc. Nicholas Parr ("Parr"), Ofc. Daniel Aguilar ("Aguilar") and Sgt. Tullio Pandullo ("Pandullo") (hereinafter "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines as set forth below. The Parties believe that good cause and excusable neglect exist to support the requested extension, and this Stipulation is being entered in good

faith and not for purposes of delay. This is the first stipulated request for an extension of Discovery Plan and Scheduling Order deadlines in this case.

## I. PROCEDURAL HISTORY

On October 30, 2026, Plaintiffs filed their Motion to Compel and Second Motion to Modify Scheduling Order to Extend Discovery Deadlines, ECF No. 27 ("Plaintiffs' Motion"). The Parties met and conferred on November 10, 2026, and agree to resolve Plaintiffs' Motion through this Stipulation. Plaintiffs' Motion seeks two categories of relief: (1) additional time to conduct discovery concerning two newly identified officers, including their depositions; and (2) an order compelling LVMPD to provide full, truthful answers to specified Interrogatories and Requests for Production, including production of records of communications relating to the October 14, 2024 welfare check, among them text messages between Sheriff Kevin McMahill and witness Steve Sanson that LVMPD has not produced. This Stipulation is intended to resolve the Plaintiffs' Motion without the need for further briefing or the expenditure of Court resources.

## II. STATUS OF DISCOVERY

### A. PLAINTIFFS' DISCOVERY

1. Plaintiffs' Subpoena Duces Tecum to LVMPD to Produce Documents dated August 29, 2025;

2. Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated March 3, 2026;

3. Plaintiffs' First Set of Interrogatories to LVMPD dated April 11, 2026;

4. Plaintiffs' First Set of Requests for Production of Documents to LVMPD dated April 16, 2026;

5. Plaintiff Berj Yenovkian's Responses to LVMPD Defendants' First Set of Requests for Admissions dated May 12, 2026;

6. Plaintiff Sonia Yenovkian's Responses to LVMPD Defendants' First Set of Requests for Admissions dated May 12, 2026;

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

7. Plaintiffs' First Set of Interrogatories to Defendant Mitchell Legrow dated May 28, 2026;

8. Plaintiffs' First Set of Interrogatories to Defendant Nicholas Parr dated May 28, 2026;

9. Plaintiffs' First Set of Interrogatories to Defendant Ronnie Potts, Jr. dated May 28, 2026;

10. Plaintiffs' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated August 10, 2026; and,

11. Plaintiffs' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated October 30, 2026.

**B. LVMPD DEFENDANTS' DISCOVERY**

1. LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated March 19, 2026;

2. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Berj Yenovkian dated April 24, 2026;

3. LVMPD Defendants' First Set of Requests for Admissions to Plaintiff Sonia Yenovkian dated April 24, 2026;

4. LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated May 12, 2026;

5. LVMPD Defendants' Privilege and Redaction Log (regarding First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1)) dated May 12, 2026;

6. LVMPD's Answers to Plaintiffs' First Set of Interrogatories dated May 12, 2026;

7. LVMPD's Responses to Plaintiffs' First Set of Requests for Production of Documents dated May 12, 2026;

8. Defendant Officer Ronnie Potts, Jr.'s Answers to Plaintiffs' First Set of Interrogatories dated June 29, 2026;

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

9. Defendant Officer Nicholas Parr's Answers to Plaintiffs' First Set of Interrogatories dated June 29, 2026;

10. Defendant Sgt. Mitchell LeGrow's Answers to Plaintiffs' First Set of Interrogatories dated July 2, 2026;

11. LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated July 30, 2026; and,

12. LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated October 30, 2026.

**C. DEPOSITIONS**

1. LVMPD Defendants commenced the Plaintiff Berj Yenovkian's deposition on June 29, 2026;

2. LVMPD Defendants continued and finished the Plaintiff Berj Yenovkian's deposition on July 22, 2026;

3. LVMPD Defendants took the non-party witness Rashell Frei's deposition on July 31, 2026;

4. LVMPD Defendants took non-party witness Steve Sanson's deposition on August 7, 2026; and,

5. Plaintiffs took Defendant Tullio Pandullo's deposition on October 28, 2026.

## III. DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties have completed the majority of the written discovery and depositions necessary in this case. The only outstanding discovery to be completed is:

1. The depositions of non-party officers named as involved in the allegations underlying the Plaintiff's Complaint during Defendant Tullio Pandullo's deposition on October 28, 2026;

2. Supplemental responses to Plaintiffs' previous discovery requests within the extended discovery period, including full and complete supplemental answers to Plaintiffs' First Set of Interrogatories to LVMPD and Plaintiffs' First Set of Requests for Production of Documents to LVMPD; and,

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. Discovery necessitated by the testimony of the non-party officers in 1. And any supplemental responses to Plaintiffs' previous discovery requests in 2. above, including but not necessarily additional requests for admission, requests for production of documents, and interrogatories to Defendant LVMPD.

## IV. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

This is the first request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended by sixty (60) days. The Parties acknowledge that, pursuant to Local Rule 26-3, the Parties must establish that good cause and excusable neglect exist to extend the deadlines.

Local Rule 26-3 provides, in pertinent part:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

Good cause exists for this brief extension. During his deposition within the discovery period, Defendant Pandullo identified individuals who had taken actions not previously known to counsel for either party. These individuals may have discoverable information relevant to Plaintiffs' theory of the case. The requested extension will allow Plaintiffs to pursue this information so that the Court may decide this matter on its merits.

Excusable neglect also supports the requested extension. "The determination of whether neglect is excusable is an equitable one that depends on at least four factors: (1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *Bateman v. United States Postal Service*, 231 F.3d 1220, 1223-24 (9th Cir. 2000) (internal citations omitted). Each factor is addressed below.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

First, the extension will not prejudice any party. The Parties agree that this limited extension will not cause any prejudice. While the LVMPD Defendants do not believe Plaintiffs' theory will ultimately support liability, they acknowledge Plaintiffs interest in exploring it and do not claim any prejudice from the extension. Additionally, the supplemental answers and production concern discovery already served on LVMPD. This factor supports a finding of excusable neglect.

Second, the length of the delay and its potential impact on the proceedings are minimal. This request is made shortly after the close of discovery and only two days after the Parties met and conferred on November 10, 2026. No trial date has been set. In addition, Plaintiffs have filed a motion to amend their Complaint, ECF No. 23, which the LVMPD Defendants have opposed, ECF No. 24. That motion remains pending before the Court. Although the Parties disagree on whether amendment is appropriate, they agree that filing dispositive motions while the motion is pending could create complications resulting in prejudice if the motion is granted. Accordingly, the parties submit that an extension would not disrupt the dispositive motion deadline.[1] This factor supports a finding of excusable neglect.

Third, the reason for the delay supports a finding of excusable neglect. Although the stipulation is submitted after the close of discovery, Plaintiffs timely moved to extend discovery before the discovery period ended. ECF No. 27. This stipulation is the product of the parties' meet-and-confer efforts following that motion, and it resolves the issues raised in the motion without court intervention. The Parties agree that a stipulated resolution is preferable to further briefing and expending additional resources of both the Parties and the Court in resolving the outstanding discovery issues.[2] This factor supports a finding of excusable neglect.

---

[1] If the instant stipulation is granted and the Court does not rule on the Plaintiffs' pending motion to amend their Complaint before the new dispositive motion deadline, the parties plan to jointly request an extension of the dispositive motion deadline until after the pending motion is resolved.

[2] Plaintiffs have agreed to withdraw their pending motion, ECF No. 27, given that the instant stipulation resolves the issues raised in the motion.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Fourth, the Parties have acted in good faith in addressing these issues. Defendant Pandullo raised new issues in his deposition testimony only two days before the close of discovery. Plaintiffs sought an extension before discovery closed but did not feel that they had sufficient time to conduct a meet-and-confer before filing their motion. ECF No. 27. The Parties then promptly communicated, met and conferred on November 10, 2026, and agreed to resolve the issues raised in Plaintiffs' motion through this stipulation. Plaintiffs acted in good faith through promptly seeking an extension and by agreeing to resolve the outstanding issues without judicial intervention. The LVMPD Defendants acted in good faith by recognizing that the information from in Defendant Pandullo's deposition warrants additional discovery even though they dispute that Plaintiffs' theory would support liability if proven. This factor supports a finding of excusable neglect.

The Parties jointly make this request in good faith to promote the resolution of this case on its merits, and not for the purpose of delay.

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | June 1, 2026 | **Past/Unchanged** |
| Initial Expert Disclosures | June 1, 2026 | **Past/Unchanged** |
| Rebuttal Expert Disclosures | July 1, 2026 | **Past/Unchanged** |
| Discovery Cut-Off | October 30, 2026 | **December 29, 2026** |
| Dispositive Motions | November 29, 2026 | **February 8, 2027** |
| Pretrial Order | October 29, 2026 | **March 9, 2027** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional seventy (70) days for the limited purpose of addressing the final discovery issues identified above.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## VI. RESOLUTION OF PLAINTIFFS' MOTION (ECF NO. 27)

The Parties agree that this stipulation resolves in substance and renders moot the relief requested in Plaintiffs' Motion, ECF No. 27, subject to the Court's approval and entry of the Order below. In consideration of the foregoing, Plaintiffs agree to withdraw Plaintiffs' Motion, ECF No. 27, after the Court enters an Order granting this Stipulation as submitted.

The Parties further agree to extend the deadline for the LVMPD Defendants to respond to the Plaintiffs' Motion. If the Court declines to grant this Stipulation or grants it in a modified form that does not fully resolve the relief requested in Plaintiffs' Motion, Plaintiffs' agreement to withdraw does not extend to the relief not granted, and Plaintiffs' Motion shall remain pending as to that relief unless the Parties otherwise agree in writing or the Court orders otherwise. The LVMPD Defendants shall have ten days from the date of any such Order to oppose the Plaintiffs' Motion.

Nothing in this Stipulation resolves Plaintiffs' pending Motion to Amend Complaint, ECF No. 23, or the LVMPD Defendants' opposition, ECF No. 24.

Dated this 13th day of November, 2026.

By: /s/ Aniela K. Szymanski
Aniela K. Szymanski, Esq.
Nevada Bar No. 15822
3765 E. Sunset Road, #B9
Las Vegas, Nevada 89120
Attorney for Plaintiffs Berj Yenovkian and Sonia Yenovkian

Dated this 13th day of November, 2026.

MARQUIS AURBACH

By: /s/ Andrew Yates
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Ofc. Potts, Ofc. LeGrow, Ofc. Parr, Ofc. Aguilar and Sgt. Pandullo

**ORDER** The above Stipulation is hereby **GRANTED.** The Court appreciates the parties informally resolving their disputes. Please note that discovery disputes must be addressed per the 6/12/25 Standing Order (ECF No. 5). **IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (ECF No. 27) is **DENIED** as moot.

UNITED STATES MAGISTRATE JUDGE

DATED: 11-18-26

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **[PROPOSED] STIPULATION AND ORDER TO RESOLVE PLAINTIFFS' MOTION TO COMPEL AND SECOND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES (ECF NO. 27) AND TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (FIRST STIPULATED REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of November, 2026.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach